**In re Alan M. SOLOMON, Esq.**

[664 A.2d 274]

No. 95-280

July 25, 1995. Alan M. Solomon having been reprimanded by the Statewide Grievance Committee of the State of Connecticut, and all reprimands in that state being public, Alan M. Solomon is hereby publicly reprimanded. A.O. 9, Rule 17D.